AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 13-5472  DATE FILED: 9/19/2013 | Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |
| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. Olympic Blvd. - Ste. 501<br>Los Angeles, CA 90015 | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 - SEE ATTACHED - | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Michael E. Kunz, Clerk of Court | (BY) DEPUTY CLERK | DATE<br>9/19/2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 68.82.158.147

ISP: Comcast Cable
Location: Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 08/19/2013 |
| Burning | PENDING | 07/27/2013 | 08/26/2013 | 08/18/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/28/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/27/2012 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 08/18/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 08/19/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 08/19/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 08/26/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 08/18/2013 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 08/18/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/11/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 09/28/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/25/2012 |
| Up Close and Personal | PENDING | 07/21/2013 | 08/01/2013 | 08/18/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 12/27/2012 |

Total Malibu Media, LLC Copyrights Infringed: 15

EXHIBIT B